```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


HAROLD MASON,                        )
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )    No. 4:07CV1575-DJS
                                     )
INVISION LLC, TIMOTHY McMAHON,       )
S. ERIC WESTACOTT and                )
JA'NET MORGAN,                       )
                                     )
          Defendants.                )
```

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint [Doc. #1] is dismissed for lack of subject matter jurisdction.


Dated this  9th  day of September, 2008.


                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE